## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02614-LTB-CBS

CORY B. SWAIN,
          Plaintiff,

v.

OWENS, INC., a Colorado corporation,
     Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (filed November 2, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


          s/Lewis T. Babcock
          Lewis T. Babcock, Chief Judge

DATED: November 3, 2005